**In re Joe LONGORIA, Relator.**

No. 01–04–01272–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Jan. 13, 2005.

A.H. Parras, Law Office of A.H. Parras, South Houston, for relator.

Myrna D. Gregory, Gregory & Gregory, P.L.L.C., Houston, for real parties interest.

Panel consists of Justices NUCHIA, HANKS, and HIGLEY.

## OPINION

PER CURIAM.

Relator has filed a petition for writ of mandamus complaining that Judge York[1] has abused his discretion by vacating his order granting nonsuit without prejudice on October 29, 2004 in trial court cause no. 1996–55808.

The Court **denies** the petition for writ of mandamus.

1. The Honorable James York, judge of the 246th District Court of Harris County, Texas.